# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 3, 2010

Marilyn Kelly,
Chief Justice

140143

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

_____

In re LARRY JEROME LEBOEUF, LIP

_____

WILLIAM I. MCDONALD, Conservator for
LARRY JEROME LEBOEUF, a Legally
Incapacitated Person,
    Petitioner-Appellant,

v

AUTO OWNERS INSURANCE COMPANY,
    Respondent-Appellee.

SC: 140143
COA: 286499
Marquette PC: 96-028300-CY

_____/

   On order of the Court, the application for leave to appeal the October 27, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 3, 2010

p0526

_____
Clerk